**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01361-CV

**STEPHEN GONZALEZ, ET AL, Appellants**

**V.**

**STEPHANIE GONZALEZ, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04009**

## ORDER

Based on the record before us, we **GRANT** appellants' December 2, 2014, motion to extend time to file notice of appeal. Appellants' October 14, 2014, notice of appeal is considered timely for jurisdictional purposes.

/s/    CRAIG STODDART
        JUSTICE